# United States District Court
## For The Western District of North Carolina
## Asheville Division

Rex Plimpton,

                Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                          1:09cv293

Wachovia Bank, N.A.,

                Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/24/10 Order.

FRANK G. JOHNS, CLERK

March 24, 2010

BY: s/Sharon Wilson

           Sharon Wilson, Deputy Clerk